UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


HOLLIS A. JOHNSON AND LADONNA JOHNSON

CIVIL ACTION

VERSUS

NUMBER 11-714-JJB-SCR

DERRICK N. ARDOIN, ET AL

### AMENDED SCHEDULING ORDER

A telephone status conference was held on November 7, 2012.

PRESENT: J. Christopher Alexander, Sr.
Attorney for plaintiffs

Valerie M. Thompson
Attorney for defendants Derrick N.
Ardoin and Auto Club Family
Insurance Company

Richard S. Thomas
Attorney for State Farm Mutual Automobile
Insurance Company

Counsel advised the court regarding the progress of both written discovery and depositions. The deposition of the plaintiff's treating chiropractor is set for November 27, 2012. As anticipated, there has been a significant delay in obtaining medical records. Despite the plaintiff's personal efforts to obtain his medical records from the Veterans Administration, the records have not yet been received. Counsel agreed that extensions of the scheduling order deadlines are needed and suggested

C-cv38a;T-:19

adopting the deadlines in the related case, CV 11-857-FJP-DLD.[1]

The court found that there is good cause to extend the scheduling order deadlines.

The scheduling order previously issued, as amended, is hereby further amended as follows.[2]

    A.    All fact discovery shall be completed and motions to compel fact discovery shall be filed by **March 14, 2013**.

    B.    (This deadline is expired and does not need to be extended.)

    C.    (This deadline is expired and does not need to be extended.)

    D.    Plaintiffs shall make the disclosure of persons who may be used at trial to present evidence under Rules 702, 703 or 705, Fed.R.Evid., by **February 15, 2013**. Defendants shall disclose such persons by **March 14, 2013**.

    E.    Any person who will offer expert testimony for the plaintiffs who is required by Rule 26(a)(2)(B), Fed.R.Civ.P., to produce a report shall produce such report by **March 14, 2013**. Defendants shall produce any required expert reports by **April 15, 2013**.

    F.    Expert discovery, including depositions of expert witnesses, shall be completed by **May 31, 2013**.

    G.    Dispositive motions shall be filed by **July 25, 2013**.

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.

---

[1] A Motion to Consolidate CV 11-857 with this case was filed November 7, 2012. Record document number 27.

[2] The new dates are in bold type. The other provisions of the original Scheduling Order, record document number 13, not revised herein remain in effect.

C-cv38a;T-:19                        2

Case 3:11-cv-00714-SDD-SCR Document 28 11/07/12 Page 2 of 3

This case will be reviewed in approximately 90 days and assigned for a status conference if necessary.

Baton Rouge, Louisiana, November 13, 2012.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

C-cv38a;T-:19                3