UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOLLIS JOHNSON AND<br>LADONNA JOHNSON<br>*Plaintiffs*<br><br>v.<br><br>DERRICK N. ARDOIN, AUTO CLUB<br>FAMILY INSURANCE COMPANY, AND<br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY<br>*Defendants*<br><br>********CONSOLIDATED WITH*********<br><br>SHREAUNNA LEIBOLD<br>*Plaintiff*<br><br>v.<br><br>HOLLIS JOHNSON, ET AL<br>*Defendants* | DOCKET NO: 3:11-CV-00714-SDD-SCR<br>JUDGE SHELLY D. DICK<br>MAGISTRATE JUDGE STEPHEN<br>RIEDLINGER<br><br><br><br><br><br><br><br><br><br>DOCKET NO: 3:11-CV-00160-SDD-SCR<br>JUDGE SHELLY D. DICK<br>MAGISTRATE JUDGE STEPHEN<br>RIEDLINGER |

### **DEFENDANTS' WITNESS LIST**

NOW INTO COURT, through undersigned counsel, comes State Farm Mutual Automobile Insurance Company and Derrick Ardoin, named defendants in the suit, Hollis Johnson and LaDonna Johnson v. Derrick N. Ardoin, et al, who submit the following witness list in compliance with Scheduling Order of the Court.

**Witnesses: (May Call)**

1. LaDonna Johnson
   (Plaintiff)
   2227 FM 1818
   Diboll, Texas 75941

Case 3:11-cv-00714-SDD-SCR   Document 39   06/10/13   Page 1 of 4

2. Hollis Johnson
   (Plaintiff)
   2227 FM 1818
   Diboll, Texas 75941

3. Derrick Ardoin
   (Defendant)
   24366 Millican Drive
   Denham Springs, Louisiana 70726

4. Police Officer Christopher Dufour
   Walker City Police
   13179 Burgess Avenue
   Walker, Louisiana 70785

5. Police Officer Terry Sanders
   Denham Springs Police (presently)
   447 Lamm Street
   Denham Springs, Louisiana 70726

6. Police Officer Rusty Jenkins
   Baton Rouge Police (presently)
   704 Mayflower Street
   Baton Rouge, Louisiana 70802

7. Criminalist Laura Jenkins
   P.O. Box 988
   Walker, Louisiana

8. Police Officer Brett Hutchinson
   Walker Police Department
   13179 Burgess Avenue
   Walker, Louisiana 70785

9. Chiropractor Richard Keith Calda
   (Expert - Treating Physician of Plaintiffs, Hollis and LaDonna Johnson)
   Elliott Chiropractic Clinic
   114 West Shepherd Avenue
   Lufkin, Texas 75904

Defendants', State Farm and Derrick N. Ardoin, Witness List
Case 3:11-CV-00714-SDD-SCR C/W Case 3:11-CV-00160-SDD-SCR
Page 2 of 4

Case 3:11-cv-00714-SDD-SCR   Document 39   06/10/13   Page 2 of 4

10. Dr. Joseph Perdido, M.D.
    (Expert - Treating Physician of Plaintiff, Hollis Johnson)
    Lallie Kemp Regional Medical Center
    52579 Highway 51 South
    Independence, Louisiana 70443

11. Dr. George Desormeaux, M.D.
    (Expert - Treating Physician of Plaintiff, Hollis Johnson)
    Lallie Kemp Regional Medical Center
    52579 Highway 51 South
    Independence, Louisiana 70443

12. Kevin Lee Murphy, P.A.
    (Expert - Treating Physician of Plaintiff, Hollis Johnson)
    Charles Wilson VA Clinic
    1301 West Frank Avenue
    Lufkin, Texas 75904

13. Michelle Smith Alipio
    (Witness)
    23446 Walker Road South
    Denham Springs, Louisiana 70726

14. Daniel Alipio
    (Witness)
    23446 Walker Road South
    Denham Springs, Louisiana 70726

15. Chad Broussard
    (Witness)
    13332 Sunny Lane
    Walker, Louisiana 70785

16. Sherry Babin
    (Witness)
    26477 Greenwood Avenue
    Denham Springs, Louisiana 70726

17. Cindy Murray
    12435 Lakeland Drive
    Walker, Louisiana 70785

Defendants', State Farm and Derrick N. Ardoin, Witness List
Case 3:11-CV-00714-SDD-SCR C/W Case 3:11-CV-00160-SDD-SCR
Page 3 of 4

Case 3:11-cv-00714-SDD-SCR   Document 39   06/10/13   Page 3 of 4

18. Shreaunna Leibold
    (Guest Passenger in Ardoin Vehicle)
    24406 Larry Drive
    Denham Springs, Louisiana 70726

19. Any witness called by any other party

Respectfully Submitted,

THOMAS LAW FIRM, L.C.

Richard S. Thomas
13312 Perkins Road
Baton Rouge, Louisiana 70810
Telephone: (225) 767-6225
Facsimile: (225) 767-6292

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record herein:

J. Christopher Alexander, Sr., Esq.
J. Christopher Alexander, Sr., Esq., LLC
3751 Government Street, Suite "A"
Baton Rouge, LA 70806
    Telephone: (225) 761-9456
    Facsimile: (225) 761-7899
    E-Mail: chris@jcalaw.us

Jay M. Simon, Esq.
Duncan & Simon, LLC
8480 Bluebonnet Boulevard, Suite G
Baton Rouge, LA 70810
    Telephone: (225) 768-7803
    Facsimile: (225) 768-7804
    E-Mail: jms@duncansimonlaw.com

Michael Thomas Johnson, Esq.
Valerie M. Thompson, Esq.
Johnson, Siebeneicher & Ingram, Inc.
Post Office Box 648
Alexandria, LA 71309
    Telephone: (318) 484-3911
    Facsimile: (318) 484-3585
    E-Mail: mtjlalaw@aol.com

Adras Paul LaBorde, III, Esq.
Rowe Law Firm
5157 Bluebonnet Boulevard
Baton Rouge, LA 70809
    Telephone: (225) 293-8787
    Facsimile: (225) 293-7668
    E-Mail: pendom@rowelaw.net

Richard S. Thomas, Esq.

Defendants', State Farm and Derrick N. Ardoin, Witness List
Case 3:11-CV-00714-SDD-SCR C/W Case 3:11-CV-00160-SDD-SCR
Page 4 of 4

Case 3:11-cv-00714-SDD-SCR   Document 39   06/10/13   Page 4 of 4