# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOLLIS A. JOHNSON AND LADONNA JOHNSON | |
| VERSUS | CIVIL ACTION |
| DERRICK N. ARDOIN, ET AL | NO. 11-714-SDD-SCR |

## NOTICE TO COUNSEL

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a pretrial conference will be held in chambers on Thursday, September 19, 2013 at 2:00 p.m., before District Judge Shelly D. Dick.

A *Joint Pretrial Order* shall be filed fourteen (14) days prior to the pretrial conference. The *Joint Pretrial Order* shall conform to the *Pretrial Notice Requirements* for District Judge Shelly D. Dick, posted on the court's website at www.lamd.uscourts.gov .

Baton Rouge, Louisiana, July 30, 2013.

**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

By: Dana Bonaventure
　　Courtroom Deputy